IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUARANTEED RATE, INC., | ) |
| | ) Case Number: 22 CV 2342 |
| Plaintiff, | ) |
| | ) Judge: Robert W. Gettleman |
| v. | ) |
| | ) Magistrate Judge: Jeffrey Cummings |
| EIRIK RORVIG and NATIONS LENDING CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Plaintiff Guaranteed Rate, Inc. ("Plaintiff" or "GRI"), and Defendants Eirik Rorvig ("Rorvig") and Nations Lending Corporation ("Nations") (collectively, "Defendants"), hereby state as follows for their Joint Status Report:

1. On June 16, 2023, the Defendants issued written discovery requests to GRI. GRI answered its discovery on August 7, 2023.

2. On July 25, 2023, GRI issued written discovery requests to the Defendants, and the Defendants are expected to answer on or around September 6, 2023.

3. On August 24, 2023, GRI made its initial production, and it intends to continue rolling out discovery as its investigation continues.

4. Defendants are reviewing and evaluating GRI's responses and its initial production.

5. Discovery that remains includes the completion of written discovery and document productions and oral discovery. The parties expect that expert discovery will follow fact discovery.

6. At this time, there are no discovery disputes that require the Court's attention.

1

Dated: August 28, 2023

/s/ J. Scott Humphrey
J. Scott Humphrey
Katie M. Burnett
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive
Suite 1600
Chicago, IL 60606-4637
Telephone: 312-212-4940
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

*Counsel for Guaranteed Rate, Inc.*

Respectfully submitted,

*By: /s/ Gregory P. Abrams*
Gregory P. Abrams
gregory.abrams@tuckerellis.com
Connor J. Doughty
connor.doughty@tuckerellis.com
**TUCKER ELLIS LLP**
233 South Wacker Drive, Suite. 6950
Chicago, IL 60606
T: (312) 256-9444

*Counsel for Defendant Eirik Rorvig and Nations Lending Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed foregoing Joint Status Report with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys listed below:

Gregory P. Abrams
gregory.abrams@tuckerellis.com
Connor J. Doughty
connor.doughty@tuckerellis.com
TUCKER ELLIS LLP
233 South Wacker Drive, Suite. 6950
Chicago, IL 60606
T: (312) 256-9444

                 /s/ J. Scott Humphrey
                 *One of the Attorneys for Plaintiff*