IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GUARANTEED RATE, INC., | ) | |
| | ) | Case Number: 22 CV 2342 |
| | ) | |
| Plaintiff, | ) | Judge: Sunil R. Harjani |
| | ) | |
| v. | ) | Magistrate Judge: Jeannice W. Appenteng |
| | ) | |
| EIRIK RORVIG and NATIONS LENDING CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff Guaranteed Rate, Inc. ("Plaintiff" or "GRI"), and Defendants Eirik Rorvig ("Rorvig") and Nations Lending Corporation ("Nations") (collectively, "Defendants") (together, the "Parties"), hereby state as follows for their Joint Status Report pursuant to the Court's July 23, 2024 Order (Dkt. No. 91):

1. On July 2, 2024, GRI filed a motion to compel discovery responses to GRI's Request for Production Nos. 58 and 59 (Dkt. 85).

2. On July 3, 2024, Nations filed a request for leave to submit a brief in response to GRI's motion to compel (Dkt. 88).

3. On July 12, 2024, the parties met and conferred regarding Nations' responses to Requests for Production Nos. 58 and 59, as well as Nations' response to Request for Production No. 62 (served July 8, 2024), wherein Nations offered a compromise position to resolve these issues.

4. On July 22, 2024, GRI responded with another compromise position, including on Request for Production No. 62.

1

5. On July 29, 2024, Nations offered another compromise position to resolve these issues.

6. Despite the parties' efforts, they have reached impasse on the two requests for production at issue in GRI's Motion to Compel (RFP Nos. 58 and 59) and regarding Request for Production No. 62.

7. Accordingly, the Parties propose the following briefing schedule:

    a. Plaintiff to supplement or amend its Motion to Compel to include Request for Production No. 62 by no later than Friday, August 2, 2024;

    b. Nations' Response to Plaintiff's Motion to Compel due no later than Friday, August 23, 2024; and

    c. Plaintiff's Reply in Support of its Motion to Compel due no later than Friday, August 30, 2024.

| | |
|---|---|
| Dated: July 29, 2024 | Respectfully submitted, |
| By: */s/ J. Scott Humphrey* <br> J. Scott Humphrey <br> Katie M. Burnett <br> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> 71 South Wacker Drive <br> Suite 1600 <br> Chicago, IL 60606-4637 <br> Telephone: 312-212-4940 <br> shumphrey@beneschlaw.com <br> kburnett@beneschlaw.com <br><br> *Counsel for Guaranteed Rate, Inc.* | By: */s/ Gregory P. Abrams* <br> Gregory P. Abrams <br> gregory.abrams@tuckerellis.com <br> Connor J. Doughty <br> connor.doughty@tuckerellis.com <br> **TUCKER ELLIS LLP** <br> 233 South Wacker Drive, Suite. 6950 <br> Chicago, IL 60606 <br> T: (312) 256-9444 <br><br> *Counsel for Defendant Eirik Rorvig and Nations Lending Corporation* |

6552155.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 29, 2024, they served a copy of the foregoing on all counsel of record via electronic case filing procedures.

/s/ J. Scott Humphrey
*One of the Attorneys for Guaranteed Rate, Inc.*
