# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GUARANTEED RATE, INC., ) | |
| ) | Case Number: 22 CV 2342 |
| Plaintiff, ) | |
| ) | Judge: Sunil R. Harjani |
| v. ) | |
| ) | Magistrate Judge: Jeannice W. Appenteng |
| EIRIK RORVIG and NATIONS LENDING ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT PURSUANT TO APRIL 14, 2025 ORDER (DKT. 140)

Plaintiff Guaranteed Rate, Inc. ("Plaintiff" or "GRI") hereby states as follows for its Status Report, pursuant to this Court's April 14, 2025 Order (Dkt. 140):

1. On April 14, 2025, this Court ordered GRI's Counsel to serve a *Subpoena to Testify at a Deposition in a Civil Action* and this Court's April 14, 2025 Order (Dkt. 140) on Michael Curtin by April 17, 2025. (Dkt. 140).

2. GRI served—and Michael Curtin accepted—the subpoena by email on April 17, 2025 (Dkt. 141). Separately, GRI also engaged a process server to conduct personal service on Michael Curtin. As of the date of this filing, GRI has not received an affidavit of service from the process server, but it will file the affidavit with the Court when GRI receives the affidavit.

3. The subpoena indicates that Michael Curtin's deposition will proceed on June 3, 2025.

<table>
<tr><td>Dated: April 18, 2025</td><td>Respectfully submitted,<br><br>By: <u>*/s/ J. Scott Humphrey*</u><br>J. Scott Humphrey<br>Katie M. Burnett<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>71 South Wacker Drive<br>Suite 1600<br>Chicago, IL 60606-4637<br>Telephone: 312-212-4940<br>shumphrey@beneschlaw.com<br>kburnett@beneschlaw.com<br><br>*Counsel for Guaranteed Rate, Inc.*</td></tr>
</table>

25859555 v1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 18, 2025, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

                                                        /s/ *J. Scott Humphrey*

                                          *One of the Attorneys for Defendants*